CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 2 6 2019

JULIA C. DUDLEY, CLERK
BY: /s/ OSeagle
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| DAVID B. BRIGGMAN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 5:18-CV-47 |
| NEXUS SERVICES, INC. et al., | ) |
| | ) By: Michael F. Urbanski |
| | ) United States District Judge |
| Defendants | ) |

## ORDER

Plaintiff David Briggman and each of the defendants have filed a joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, advising that all matters in controversy between Briggman and defendants have been resolved and requesting that the court dismiss Briggman's claims against defendants with prejudice, with each party to bear their own attorney's fees, expenses, and costs. Plaintiffs Tania Cortes and Richard Nagle remain as plaintiffs against the defendants in this matter.

With regard to plaintiff Briggman, this court shall retain jurisdiction over this matter solely to enforce the terms of the parties' settlement agreement dated June 19, 2019. Accordingly, Briggman's claims are hereby **DISMISSED with prejudice** and **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.       Entered: 08-25-2019

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge