CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 18 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

JULIA C. DUDLEY, CLERK
BY: /s/ S. Seagle
DEPUTY CLERK

| | |
|---|---|
| DAVID B. BRIGGMAN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 5:18-CV-47 |
| v. | ) |
| | ) |
| NEXUS SERVICES, INC., et al., | ) By: Hon. Michael F. Urbanski |
| | )     Chief United States District Judge |
| Defendants | ) |

### ORDER

In accordance with the representation made by counsel that the parties have settled this case and payment has been made, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED** with prejudice, and **ORDERED** stricken from the active docket of the court; provided that the court retains jurisdiction to enforce the settlement if any party so moves within 60 days of entry of this order.

It is so **ORDERED**.

Entered: 02/17/2020

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge