IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| DAVID B. BRIGGMAN, et al., | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 5:18-CV-47 |
| v. | ) |
| | ) |
| NEXUS SERVICES, INC., et al., | ) By: Hon. Michael F. Urbanski |
| | ) Chief United States District Judge |
| Defendants | ) |

## ORDER

This matter comes before the court on plaintiff David B. Briggman's motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b), ECF No. 49. The court held a telephonic hearing on March 4, 2020. During the hearing, Briggman voluntarily withdrew his motion. Accordingly, Briggman's motion for relief from judgment is **DENIED** as moot.

The parties further agreed to the following:

1. Defendant Nexus Services, Inc. ("Nexus") will amend the settlement agreement dated June 19, 2019 (or any subsequent amendments, the "Settlement Agreement"), to amend section 4, "Releases," to mutually release all claims which were or could have been asserted as of February 15, 2018, the date Briggman filed his bankruptcy petition;

2. Briggman has not waived any affirmative defenses pursuant to a breach of section 6 – "Non-Disparagement as to Briggman" – of the Settlement Agreement;

3. Briggman is proceeding in this case pro se; and

4. This case is fully resolved and Briggman's claims against Nexus are dismissed with prejudice, provided that this court shall retain jurisdiction over this matter solely to enforce the terms of the Settlement Agreement.

It is so **ORDERED**.

Entered: 03-09-2020

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge